CREDITOR MATRIX

Secured Income Fund II

4300 Stevens Creek Blvd., Suite 275

San Jose CA 95129


Nelnet

PO Box 82578

Lincoln NE 68501


Navient

PO Box 9640

Wilkes-Barre PA 18773


Penfed Credit Union

PO Box 1432

Alexandria VA 22313


Discover Card

PO Box 30943

Salt Lake City UT 84130


Discover Bank

PO Box 30396

Salt Lake City UT 84130