**Fill in this information to identify your case:**

Debtor 1    Nicholas Honchariw
          First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of California

Case number _____
(If known)

☐ Check if this is an amended filing

# Official Form 104
## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

|  |  | Unsecured claim |
|---|---|---|

**1**

Nelnet
*Creditor's Name*

PO Box 82578
*Number    Street*

Lincoln    NE    68501
*City    State    ZIP Code*

*Contact*

(888) 486-4722
*Contact phone*

What is the nature of the claim? Student loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$ 82,543.00

**2**

Navient
*Creditor's Name*

PO Box 9640
*Number    Street*

Wilkes-Barre    PA    18773
*City    State    ZIP Code*

*Contact*

(888) 272-5543
*Contact phone*

What is the nature of the claim? Student loan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
     Value of security: − $_____
     Unsecured claim: $_____

$ 42,759.00

| Debtor 1 | Nicholas Honchariw | | Case number (if known) | |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

| | | | Unsecured claim |
|---|---|---|---|
| **3** | **Penfed Credit Union** <br>Creditor's Name <br><br>PO Box 1432 <br>Number    Street <br><br>Alexandria         VA    22313 <br>City              State  ZIP Code <br><br>(800) 247-5626 <br>Contact phone | What is the nature of the claim? **Personal loan** <br><br>**As of the date you file, the claim is:** Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br>☒ None of the above apply <br><br>**Does the creditor have a lien on your property?** <br>☒ No <br>☐ Yes. Total claim (secured and unsecured):  $_____ <br>     Value of security:              − $_____ <br>     Unsecured claim                  $_____ | | $ 19,170.00 |
| **4** | **Discover Card** <br>Creditor's Name <br><br>PO Box 30943 <br>Number    Street <br><br>Salt Lake City   UT    84130 <br>City              State  ZIP Code <br><br>(800) 347-2683 <br>Contact phone | What is the nature of the claim? **Credit card** <br><br>**As of the date you file, the claim is:** Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br>☒ None of the above apply <br><br>**Does the creditor have a lien on your property?** <br>☒ No <br>☐ Yes. Total claim (secured and unsecured):  $_____ <br>     Value of security:              − $_____ <br>     Unsecured claim                  $_____ | | $ 14,841.00 |
| **5** | **Discover Bank** <br>Creditor's Name <br><br>PO Box 30396 <br>Number    Street <br><br>Salt Lake City   UT    84130 <br>City              State  ZIP Code <br><br>(877) 256-2632 <br>Contact phone | What is the nature of the claim? **Personal loan** <br><br>**As of the date you file, the claim is:** Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br>☒ None of the above apply <br><br>**Does the creditor have a lien on your property?** <br>☒ No <br>☐ Yes. Total claim (secured and unsecured):  $_____ <br>     Value of security:              − $_____ <br>     Unsecured claim                  $_____ | | $ 10,648.00 |
| **6** | Creditor's Name <br><br>Number    Street <br><br>City              State  ZIP Code <br><br>Contact phone | What is the nature of the claim? _____ <br><br>**As of the date you file, the claim is:** Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br>☐ None of the above apply <br><br>**Does the creditor have a lien on your property?** <br>☐ No <br>☐ Yes. Total claim (secured and unsecured):  $_____ <br>     Value of security:              − $_____ <br>     Unsecured claim                  $_____ | | $_____ |
| **7** | Creditor's Name <br><br>Number    Street <br><br>City              State  ZIP Code <br><br>Contact phone | What is the nature of the claim? _____ <br><br>**As of the date you file, the claim is:** Check all that apply. <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br>☐ None of the above apply <br><br>**Does the creditor have a lien on your property?** <br>☐ No <br>☐ Yes. Total claim (secured and unsecured):  $_____ <br>     Value of security:              − $_____ <br>     Unsecured claim                  $_____ | | $_____ |

Case: 22-30286   Doc# 5   Filed: 06/09/22   Entered: 06/09/22 17:28:45   Page 2 of 5

Debtor 1 Nicholas Honchariw    Case number (if known)_____
First Name   Middle Name   Last Name

|  |  | Unsecured claim |
|---|---|---|

**8**
Creditor's Name _____
Number   Street _____
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**9**
Creditor's Name _____
Number   Street _____
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**10**
Creditor's Name _____
Number   Street _____
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**11**
Creditor's Name _____
Number   Street _____
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

**12**
Creditor's Name _____
Number   Street _____
_____
City   State   ZIP Code
_____
Contact
_____
Contact phone

What is the nature of the claim? _____   $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):   $_____
         Value of security:              − $_____
         Unsecured claim                   $_____

Debtor 1 __Nicholas Honchariw__ Case number (if known) _____
First Name   Middle Name   Last Name

| | Unsecured claim |
|---|---|

**13**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim         $_____

**14**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim         $_____

**15**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim         $_____

**16**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim         $_____

**17**
Creditor's Name: _____
Number Street: _____
_____
City State ZIP Code
Contact: _____
Contact phone: _____

What is the nature of the claim? _____   $_____

As of the date you file, the claim is: Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
❑ None of the above apply

Does the creditor have a lien on your property?
❑ No
❑ Yes. Total claim (secured and unsecured):   $_____
   Value of security:   − $_____
   Unsecured claim         $_____

Debtor 1 <u>Nicholas Honchariw</u>          Case number (if known)_____
         First Name  Middle Name  Last Name

| | | Unsecured claim |
|---|---|---|

**18** _____  What is the nature of the claim? _____   $_____
Creditor's Name

_____  As of the date you file, the claim is: Check all that apply.
Number       Street
                         ❑ Contingent
_____   ❑ Unliquidated
                         ❑ Disputed
_____   ❑ None of the above apply
City     State   ZIP Code
                         **Does the creditor have a lien on your property?**
_____   ❑ No
Contact                  ❑ Yes. Total claim (secured and unsecured):   $_____
                                  Value of security:                 − $_____
_____            Unsecured claim                      $_____
Contact phone

**19** _____  What is the nature of the claim? _____   $_____
Creditor's Name

_____  As of the date you file, the claim is: Check all that apply.
Number       Street
                         ❑ Contingent
_____   ❑ Unliquidated
                         ❑ Disputed
_____   ❑ None of the above apply
City     State   ZIP Code
                         **Does the creditor have a lien on your property?**
_____   ❑ No
Contact                  ❑ Yes. Total claim (secured and unsecured):   $_____
                                  Value of security:                 − $_____
_____            Unsecured claim                      $_____
Contact phone

**20** _____  What is the nature of the claim? _____   $_____
Creditor's Name

_____  As of the date you file, the claim is: Check all that apply.
Number       Street
                         ❑ Contingent
_____   ❑ Unliquidated
                         ❑ Disputed
_____   ❑ None of the above apply
City     State   ZIP Code
                         **Does the creditor have a lien on your property?**
_____   ❑ No
Contact                  ❑ Yes. Total claim (secured and unsecured):   $_____
                                  Value of security:                 − $_____
_____            Unsecured claim                      $_____
Contact phone

### Part 2:  Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

✗ *Nicholas Honchariw*                              ✗ _____
Signature of Debtor 1                                Signature of Debtor 2

Date  <u>06/09/2022</u>                              Date _____
      MM /  DD  / YYYY                                    MM /  DD  / YYYY

Official Form 104       For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 5

Print     Save As...                                                                                       Reset