# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Nicholas Honchariw<br>dba NH Partners<br>Debtor(s) | Case No.: 22–30286 HLB 11<br>Chapter: 11 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order to File Required Documents and Notice of Automatic Dismissal , filed on 6/10/2022 . Therefore, it is ordered that this case be **dismissed**.

Dated: 6/24/22

By the Court:

Hannah L. Blumenstiel
United States Bankruptcy Judge